IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| PATRICK SMITH | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. SA-10-CA-274 |
| | § | |
| OFFICER ALFRED GONZALES and OFFICER FELIPE RAMOS | § § | |
| | § | |
| Defendants | § | |
| | § | |

**JUDGMENT**

On June 11, 2012, came on for trial the above-styled and numbered cause. The Plaintiff appeared in person and by and through his counsel of record, and the Defendants appeared in person and by and through their counsel of record. A jury was duly impaneled and sworn. The Plaintiff proceeded to present his evidence. When the Plaintiff rested his case in chief, the Defendants moved for judgment as a matter of law. The Court denied the motion and the Defendants proceeded to present their evidence. At the close of all the evidence, the Defendants renewed their motion for judgment as a matter of law, but the Court denied the motion. After the arguments of counsel and the charge of the Court, the jury retired to deliberate. On June 13, 2012, the jury returned a unanimous verdict, answering the special interrogatories in favor of the Defendants. The Court received the verdict of the jury, ordered it filed, and hereby renders judgment in accordance with the verdict of the jury.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that JUDGMENT be, and it is hereby, ENTERED in favor of the Defendants, Officer Alfred Gonzales and Officer Felipe Ramos, and that the Plaintiff take nothing by his suit.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Plaintiff pay the costs of suit herein incurred, for which let execution issue.

SIGNED AND ENTERED this 14th day of June, 2012.

Harry Lee Hudspeth

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE